UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVERY FLASHER-DUZGUNES, and NEJAT DUZGUNES<br><br>        Plaintiffs,<br><br>   v.<br><br>TAMALPAIS UNION HIGH SCHOOL DISTRICT,<br>        Defendant. | Case Number: 15-cv-4910 YGR<br><br>**ORDER APPOINTING COUNSEL** |

    Plaintiffs Avery Flasher-Duzgunes and Nejat Duzgunes have requested and are in need of counsel to assist them in this matter and a volunteer attorney is willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, David Johnson (CABN 204458) of Crowell & Moring LLC is hereby appointed as counsel for Plaintiffs in this matter.

    The scope of this referral shall be for:

    ☐   all purposes for the duration of the case

    X   the limited purpose of representing the litigant in the course of

           ☐   mediation

           ☐   early neutral evaluation

           X   settlement conference

           ☐   briefing ☐ and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss): _____

           ☐   discovery as follows:

           ☐   other:

    All proceedings in this action are hereby stayed until four weeks from the date of this order. Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono Project Guidelines posted on the Court's website.

    IT IS SO ORDERED.

Dated: February 18, 2016

                                              YVONNE GONZALEZ ROGERS
                                              UNITED STATES DISTRICT JUDGE