UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVERY FLASHER-DUZGUNES, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>TAMALPAIS UNION HIGH SCHOOL DISTRICT,<br><br>    Defendant. | Case No. 15-cv-04910-YGR<br><br>**ORDER DENYING WITHOUT PREJUDICE MOTION TO FILE UNDER SEAL; GRANTING STIPULATION TO FILE FIRST AMENDED COMPLAINT; DENYING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 32, 34 |

Plaintiffs Avery Flasher-Duzgunes and Nejat Duzgunes have filed their Administrative Motion to File Portions of the First Amended Complaint Under Seal. (Dkt. No. 34.) The motion is **DENIED WITHOUT PREJUDICE** to resubmitting the motion and a proposed First Amended Complaint ("FAC"), including any exhibits to the complaint, consistent with the stated concerns about "sensitive personal and confidential medical information" of the plaintiff. First, the complaint itself need only make a short and plain statement of the claim. Fed. R. Civ. P. 8(a). To the extent that Plaintiffs can state their claim without reciting sensitive and confidential information, they should do so. Further, the instant motion to seal did not seek to seal the exhibit to the proposed FAC (or the original complaint herein), both of which recount sensitive personal and medical information of the type sought to be redacted in the FAC.[1]

Any future administrative motion to seal should take these issues into account. In any future motion, Plaintiffs are directed to identify specifically all portions of any document sought to

---

[1] To protect potential privacy concerns, the Court has administratively "locked" those documents on the public electronic docket pending resubmission of the administrative motion to seal.

be sealed, and to submit a proposed order identifying all portions sought to be sealed individually for ruling by the Court.

The parties also filed a Stipulation for Filing First Amended Complaint and Joint Stipulation Requesting Order Continuing Case Management Conference. (Dkt. No. 32.)

Plaintiffs are **GRANTED** leave to file a First Amended Complaint in substantially the form submitted with the stipulation. However, Plaintiffs must first resolve the sealing issue before filing that First Amended Complaint.

The request to continue the case management conference is **DENIED**. As the parties have not offered good cause for continuing the case management conference currently set for June 6, 2016, and the substance of the FAC is known to defendant, the date remains on calendar and the parties shall submit their updated case management conference statement seven days in advance of that conference.

**IT IS SO ORDERED**.

Dated: May 6, 2016

_____
**YVONNE GONZALEZ ROGERS**
United States District Judge