1   David D. Johnson, SBN 204458
    davidjohnson@crowell.com
2   Pilar R. Stillwater, SBN 260467
    pstillwater@crowell.com
3   CROWELL & MORING LLP
    275 Battery Street, 23rd Floor
4   San Francisco, California 94111
    Phone: 415-365-7262
5   Fax: 415-986-2827

6
    Attorneys for Plaintiffs AVERY FLASHER-DUZGUNES
7   and NEJAT DUZGUNES

8   Kimberly A. Smith, SBN 176659
    ksmith@f3law.com
9   David R. Mishook, SBN 273555
    dmishook@f3law.com
10  FAGEN FRIEDMAN & FULFROST, LLP
    70 Washington Street, Suite 205
11  Oakland, California 94607
    Phone: 510-550-8200
12  Fax: 510-550-8211

13  Attorneys for Defendants TAMALPAIS UNION
    HIGH SCHOOL DISTRICT, WESLEY
14  CEDROS, AMIRA MOSTAFA and DAVID
    SONDHEIM

15

16              **UNITED STATES DISTRICT COURT**

17      **NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

18

| | |
|---|---|
| 19 AVERY FLASHER-DUZGUNES & NEJAT DUZGUNES, | CASE NO. 15-cv-4910-YGR |
| 20 | **[PROPOSED] ORDER CONTINUING SETTLEMENT CONFERENCE** ; AS MODIFIED |
| 21 Plaintiffs, | |
| 22 vs. | |
| 23 TAMALPAIS UNION HIGH SCHOOL DISTRICT, WESLEY CEDROS, AMIRA MOSTAFA, DAVID SONDHEIM, and DOES 1-10 | *Filed Concurrently with Stipulation of the Parties to Continue Settlement Conference* |
| 24 | |
| 25 Defendants. | |

26

27

28

                                                    15-cv-4910-YGR

[PROPOSED] ORDER CONTINUING SETTLEMENT CONFERENCE

1    Having considered the Stipulation of the Parties to Continue Settlement Conference in the

2   above-captioned matter, IT IS HEREBY ORDERED that the settlement conference shall be

3   continued from July 5, 2016, to September ~~9,~~ 12 2016, at ~~10:00~~ 11:00 a.m. before Magistrate Judge Donna

4   M. Ryu in Courtroom 4 of the Oakland Courthouse, 1301 Clay Street, 3rd Floor, Oakland,

5   California 94612.

6    **IT IS SO ORDERED.**

7

8   DATED:    June 1        , 2016

9

10

11                                                          The Honorable Donna M. Ryu
                                                            Magistrate Judge of the United States District Court for
12                                                          the Northern District of California

13   00250-00169/3259226.1

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[~~PROPOSED~~] ORDER CONTINUING SETTLEMENT CONFERENCE

1

**PROOF OF SERVICE**

2

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

3

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Los Angeles, State of California.  My business address is 6300 Wilshire Boulevard, Suite 1700, Los Angeles, CA 90048.

4

5

On June 1, 2016, I served true copies of the following document(s) described as **[PROPOSED] ORDER CONTINUING SETTLEMENT CONFERENCE**  on the interested parties in this action as follows:

6

7

David D. Johnson, SBN 204458
davidjohnson@crowell.com

8

Pilar R. Stillwater, SBN 260467
pstillwater@crowell.com

9

CROWELL & MORING LLP
275 Battery Street, 23rd Floor

10

San Francisco, California 94111

11

12

**BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

13

14

15

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

16

17

Executed on June 1, 2016, at Los Angeles, California.

18

19

/s/ Rebeccah Leal
Rebeccah Leal

20

21

22

23

24

25

26

27

28

15-cv-4910-YGR

[PROPOSED] ORDER CONTINUING SETTLEMENT CONFERENCE