UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVERY FLASHER-DUZGUNES, *et al.*, <br> Plaintiffs, <br> v. <br> TAMALPAIS UNION HIGH SCHOOL DISTRICT, <br> Defendant. | Case No. 15-cv-04910-YGR <br><br> **ORDER DENYING MOTION TO DISMISS THIRD AND FIFTH CAUSES OF ACTION AND MOTION TO STRIKE PORTIONS OF FIRST AMENDED COMPLAINT** <br><br> Re: Dkt. No. 58 |

The Motion to Dismiss Plaintiff's Third and Fifth Causes of Action and to Strike Portions of the First Amended Complaint is **DENIED AS MOOT** in light of the filing of Plaintiffs' Second Amended Complaint (Dkt. No. 69). *See Ramirez v. County of San Bernardino*, 806 F.3d 1002, 1006-07 (9th Cir. 2015) (plaintiff was not required to seek leave to amend to file second amended complaint where first amendment was filed pursuant to parties' stipulation and second amended complaint was filed timely in relation to motion to dismiss).

This terminates Docket No. 58.

**IT IS SO ORDERED**.

Dated: June 24, 2016

_____
**YVONNE GONZALEZ ROGERS**
United States District Judge