United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVERY FLASHER-DUZGUNES, et al., | Case No.  15-cv-04910-YGR |
| Plaintiffs, | |
| v. | **ORDER VACATING JULY 19, 2016 HEARING ON AVAILABILITY OF DISCOVERY ON IDEA CLAIM** |
| TAMALPAIS UNION HIGH SCHOOL DISTRICT, | Re: Dkt. No. 67 |
| Defendant. | |

At the case management conference in this matter held on June 6, 2016, the Court requested briefing on the question of the availability of discovery on Plaintiffs' claim under the Individuals with Disabilities Education Act ("IDEA"), and the procedures by which that discovery should proceed.  The Court is in receipt of the parties' briefing on the issue.

The Court finds this issue appropriate for decision without oral argument and therefore **VACATES** the hearing set for July 19, 2016, at 2:00 p.m.  The Court will issue a written decision on the papers.

**IT IS SO ORDERED**.

Dated: July 14, 2016

_____
**YVONNE GONZALEZ ROGERS**
United States District Judge